# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ROBERT ALLEN STANARD,<br><br>                            Plaintiff,<br><br>    v.<br><br>SPECIAL INVESTIGATIVE AGENT NOLAN, *et al*.,<br><br>                           Defendants. | Case No. C19-0017-JLR-MAT<br><br>ORDER GRANTING MOTION TO EXTEND DEADLINE TO FILE A RESPONSIVE PLEADING |

This is a civil rights action brought under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971). This matter comes before the Court at the present time on the motion of the United States to extend the deadline for defendants to file a responsive pleading to plaintiff's complaint. The United States indicates in its motion that the extension is necessary to allow the individual defendants time to obtain representation in this matter. Plaintiff has not opposed the motion. The Court, having reviewed the United States' motion, and the balance of the record, hereby ORDERS as follows:

    (1)    The United States' motion to extend the deadline for defendants to file a responsive pleading (Dkt. 10) is GRANTED. The individual defendants shall file a responsive pleading in this action not later than ***May 20, 2019***.

ORDER GRANTING MOTION TO
EXTEND DEADLINE TO FILE A
RESPONSIVE PLEADING - 1

(2) The Clerk is directed to send copies of this Order to plaintiff, to counsel for the United States, and to the Honorable James L. Robart.

DATED this 22nd day of April, 2019.

Mary Alice Theiler
United States Magistrate Judge

ORDER GRANTING MOTION TO
EXTEND DEADLINE TO FILE A
RESPONSIVE PLEADING - 2