# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

ROBERT ALLEN STANARD,

        Plaintiff,

v.

SPECIAL INVESTIGATIVE AGENT NOLAN, *et al*.,

        Defendants.

Case No. C19-0017-JLR-MAT

ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME

This is a civil rights action brought under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971). This matter comes before the Court at the present time on plaintiff's motion for an extension of time to file a response to defendants' pending motion to dismiss plaintiff's complaint. Defendants have filed a response in which they indicate they do not oppose the requested extension. The Court, having reviewed plaintiff's motion, and the balance of the record, hereby ORDERS as follows:

(1) Plaintiff's motion for an extension of time (Dkt. 16) is GRANTED. Plaintiff is directed to file and serve his response to defendants' motion to dismiss not later than ***July 15, 2019***.[1]

---

[1] Plaintiff indicated in his motion papers that he was also submitting a motion for appointment of counsel. (*See* Dkt. 16 at 2.) Plaintiff is advised that no such motion has been received by the Court.

ORDER GRANTING PLAINTIFF'S
MOTION FOR EXTENSION OF TIME - 1

1     (2)     Defendants' motion to dismiss (Dkt. 15) is RENOTED on the Court's calendar for consideration on ***July 19, 2019***.

    (3)     The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable James L. Robart.

DATED this 13th day of June, 2019.

                                                Mary Alice Theiler
                                               United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S
MOTION FOR EXTENSION OF TIME - 2