# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ROBERT ALLEN STANARD, | CASE NO. C19-0017JLR |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SPECIAL INVESTIGATIVE AGENT NOLAN, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

On October 21, 2019, United States Magistrate Judge Mary Alice Theiler issued a report and recommendation in which she recommended that the Defendants' motion to dismiss be granted. (R&R (Dkt. # 28).) The report and recommendation provides that any objections must be filed within twenty-one (21) days of the date on which the report and recommendation is signed. (*Id.* at 8.) Mr. Stanard now moves for an extension of

time to file objections to the report and recommendation. (Mot. (Dkt. # 29).) The court GRANTS in part Mr. Stanard's motion (Dkt. # 29) and EXTENDS the time for him to file objections to the report and recommendation. Mr. Stanard's objections to the report and recommendation, if any, are due no later than December 13, 2019.

Filed and entered this 7th day of November, 2019.

WILLIAM M. MCCOOL
Clerk of Court

s/Ashleigh Drecktrah
Deputy Clerk